UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SOLID ROCK MISSIONARY BAPTIST CHURCH and REVEREND HERMAN W. GIBSON, JR. | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 07-3341 |
| PRECISION CONSTRUCTION COMPANY, JOE CAMACHO and SCOTTSDALE INS. CO. | * | SECTION "L" (3) |

**ORDER**

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition be filed and a copy delivered to chambers eight days prior to the date set for hearing on a motion. No memoranda in opposition to Defendant Scottsdale Insurance Company's Motion for Summary Judgment (Rec. Doc. No. 8) and Defendant Scottsdale Insurance Company's Motion for Summary Judgment (Rec. Doc. No. 9), which were set for hearing on September 26, 2007, at 9:00 a.m., have been timely filed by the Plaintiffs. The Defendant's motions were originally set for hearing on September 12, 2007 at 9:00 a.m., and the Plaintiffs had failed to timely file any opposition at that time. The Court continued the motions to September 26, 2007 at 9:00 a.m., and Plaintiffs still have not submitted any memoranda in opposition to the Defendant's motions.

Accordingly, these motions are deemed to be unopposed, and furthermore, it appearing to the Court that the motions are grounded in law and fact, IT IS ORDERED that Defendant Scottsdale Insurance Company's Motion for Summary Judgment (Rec. Doc. No. 8) and Defendant Scottsdale Insurance Company's Motion for Summary Judgment (Rec. Doc. No. 9) are GRANTED, and Plaintiffs' causes of action against Defendant Scottsdale Insurance Company are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 27th day of September, 2007.

*Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE